# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

EDWARD SALAS,

     Plaintiff,

v.                                                                            Civ. No. 19-384 KG/GBW

DAVID JABLONSKI,
GERMAN FRANCO,

     Defendants.

## ORDER OF DISMISSAL

This matter comes before the Court following Plaintiff's failure to pay the filing fee for his prisoner civil rights action. The Court set a deadline of September 2, 2019 to prepay the $400 fee, after determining Plaintiff was not eligible to proceed *in forma pauperis*. (Doc. 5). The Order warned that the failure to timely comply will result in the dismissal of this action without further notice. *Id.* Plaintiff did not pay the fee or otherwise show cause for such failure. Therefore, the Court will dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(b). *See Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003) ("Rule 41(b) … has long been interpreted to permit courts to dismiss actions *sua sponte* for a plaintiff's failure to prosecute or comply with the … court's orders.").

IT IS ORDERED that Plaintiff's Prisoner Civil Rights Complaint (Doc. 1) is dismissed without prejudice; and the Court will enter a separate judgment disposing of this civil case.

_____
UNITED STATES DISTRICT JUDGE